JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURA COTTER,<br><br>         Plaintiff,<br><br>    vs.<br><br>CITY OF LONG BEACH, et al.,<br><br>         Defendants. | Case No.: CV14-05495 DDP (JEMx)<br><br>*Honorable Dean D. Pregerson, Judge*<br>*Courtroom 3 / 2nd Floor, Spring Street,*<br>*Los Angeles, California*<br><br>**ORDER RE JOINT STIPULATION TO DISMISS CASE (FRCP 41); THAT PLAINTIFF IS A PREVAILING PARTY FOR PURPOSES OF AN AWARD OF REASONABLE COSTS AND FEES (42 USC SECTION 1988); AND TO HAVE THE CORT RETAIN JURISDICTION TO AWARD REASONABLE FEES AND COSTS** |

## <u>ORDER</u>

Based upon the stipulation of the parties, and good cause appearing, IT IS ORDERED THAT a settlement having been reached, the above-captioned action be and hereby is dismissed with prejudice under the terms of the settlement pursuant to

1

**[PROPOSED] ORDER RE: JOINT TO DISMISS CASE (FRCP 41)**

FRCP 41 (a)(1).

The terms of the settlement are:

1. Defendant CITY OF LONG BEACH will pay plaintiff MAURA COTTER $15,000 as a full and final settlement of her claims;

2. Plaintiff MAURA COTTER will dismiss the entire action with prejudice; and

3. Plaintiff MAURA COTTER is a prevailing party for purposes of an award of reasonable costs and fees under 42 U.S.C. section 1988.

The parties further stipulate that the Court retain jurisdiction to enforce the terms of the settlement, including jurisdiction to rule on plaintiff's motion for costs and fees and any defense opposition thereto, and to issue an award of reasonable costs and fees if any.

DATED: February 12, 2016

                                Hon. DEAN D. PREGERSON
                                United States District Judge

**[PROPOSED] ORDER RE: JOINT TO DISMISS CASE (FRCP 41)**